### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

WILLIE R. GAINEY,

      Plaintiff,

v.                                         CASE NO.  5:04cv240-RH/WCS

CAMPO ELECTRONICS,
APPLIANCES & COMPUTERS, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

      This matter is before the court on the magistrate judge's report and recommendation (document 20), and the objections thereto (document 21).  I have reviewed *de novo* the issues raised by the objections.

      As noted in the report and recommendation, plaintiff has failed to comply with court orders to file a copy of his administrative charge.  Plaintiff's recalcitrance has continued in the face of repeated orders and despite clear warning that failure to comply would result in dismissal of this action.  I find that no other sanction would remedy the failure or induce plaintiff to comply.  Plaintiff's failure to comply with court orders thus warrants dismissal.

Moreover, it appears virtually certain that plaintiff's claims are procedurally unfounded; he admits he filed no charge with the EEOC, and he apparently did not exhaust his remedies under Florida's separate administrative scheme. Further, plaintiff has suggested no possibility of obtaining meaningful relief against a corporation that has been liquidated in bankruptcy proceedings and no longer exists.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The amended complaint is dismissed without prejudice for failure to abide by orders of the court." The clerk shall close the file.

SO ORDERED this 20th day of November, 2005.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge